IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30156
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES ALLISON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-20058-10
--------------------

August 6, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The appellant, Charles Allison, pleaded guilty at the end of
a jury trial to the offense of distribution of cocaine, in
violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  He was
ultimately sentenced to 192 months' incarceration based upon the
evidence presented at trial indicating Allison's involvement in
large amounts of crack cocaine.  On appeal, Allison argues that
the district court erred 1) in applying evidence adduced at trial
to the relevant conduct of Allison; and 2) in its computation of

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the quantity of drugs attributable to Allison.

We have reviewed the record and the briefs submitted by the parties and find no error in the district court's application of evidence adduced at trial to the computation of the quantity of drugs attributable to Allison.  United States v. Maseratti, 1 F.3d 330 (5th Cir. 1993); United States v. Angulo, 927 F.2d 202 (5th Cir. 1991).

AFFIRMED.